UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                :
                                                         :
            -v-                                          :        19-CR-225 (PAE)
                                                         :
JOSUE GARCIA                                             :        <u>SCHEDULING ORDER</u>
                                                         :
                            Defendant.                   :
                                                         :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **December 15, 2020** at **9:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: December 10, 2020
       New York, New York

PAUL A. ENGELMAYER
United States District Judge