```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :    19-CR-225 (PAE)
                                                             :
                        – v –                                :    ORDER ON MOTION
                                                             :
                                                             :
JOSUE GARCIA,                                                :
                                                             :
                                                             :
                                                             :
                        Defendant.                           :
                                                             :
------------------------------------------------------------ X
```

PAUL A. ENGELMAYER, United States District Judge:

    Upon the application of JOSUE GARCIA, by his attorney, Jonathan Marvinny, Esq., and in the interests of justice, it is hereby ORDERED that the Warden of Hudson County Correctional Center arrange, without delay, for Josue Garcia, Inmate No. 357029, to be brought to a licensed dermatologist for treatment of plantar warts located on both of Mr. Garcia's hands.

    The Clerk of Court is requested to terminate the motion at Dkt. No. 43.

    SO ORDERED.

Dated: June 7, 2023
New York, New York

                                                         PAUL A. ENGELMAYER
                                                         United States District Judge