```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
UNITED STATES OF AMERICA                                             :
                                                                     :    19-CR-225 (JMF)
                -v-                                                  :
                                                                     :        ORDER
JOSUE GARCIA,                                                        :
                                                                     :
                        Defendant.                                   :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      As discussed on the record at the conference held earlier today, Daniel McGuinness, the CJA counsel on duty today, is hereby substituted as counsel for Defendant Josue Garcia, subject to confirmation that he has no conflicts. To that end, the Government shall file a letter no later than tomorrow, **August 20, 2025**, regarding whether there are any conflicts.

      Unless and until the Court orders otherwise, the parties shall appear for a conference on **September 3, 2025**, at **3:00 p.m.** in **Courtroom 24B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY** (which, as of next week, will be the undersigned's new courtroom).

      SO ORDERED.

Dated: August 19, 2025
       New York, New York

                                                        JESSE M. FURMAN
                                            United States District Judge