

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 2, 2025

**By Email and ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

> Application GRANTED. The conference is hereby ADJOURNED to **October 9, 2025**, at **10:30 a.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY. The Clerk of Court is directed to terminate Doc. #60.
>
> SO ORDERED.
>
> *[signature]*
>
> September 2, 2025

Re:    *United States v. Josue Garcia*, 19 Cr. 225 (JMF)

Dear Judge Furman:

  The Government respectfully submits this letter to request that the Court adjourn the VOSR status conference in the above-captioned case, which is currently scheduled for September 3, 2025 at 3:00 PM, to a date on or after October 3, 2025.

  As the Court is aware, law enforcement in Delaware indicated that they sought to writ Mr. Garcia from federal custody to Delaware to resolve the state charges underpinning several of the VOSR specifications. The Government has confirmed that there is a detainer in place from the New Castle County Police Department ("NCCPD"), but that the U.S. Marshals and the NCCPD are still working out the logistics of taking Mr. Garcia to Delaware. To that end, the Government requests an adjournment of approximately 30 days to continue coordinating Mr. Garcia's transfer to Delaware and then to update the Court on the status of the Delaware state case. The Government has consulted with defense counsel, Daniel McGuinness, Esq., who consents to the adjournment.

  Respectfully submitted,

  JAY CLAYTON
  United States Attorney

By:    _____/s/_____
  Timothy Ly
  Thomas John Wright
  Brandon D. Harper
  Assistant United States Attorneys
  (212) 637-1062 / -2295 / -2209

Cc:    Daniel McGuinness, Esq. (by ECF and email)