UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
: 19-CR-225 (JMF)
-v- :
: ORDER
JOSUE GARCIA, :
:
Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court has been advised that Defendant intends to admit to the charged violations of supervised release and that there is no need for an evidentiary hearing. In light of that, the time of the proceeding on **November 19, 2025** — which will be held in in **Courtroom 24B** of the **Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street** — is hereby CHANGED to **10:00 a.m.** Assuming that Defendant admits to the specifications at that time and the parties are not prepared to proceed directly to sentencing, the parties shall appear for sentencing on **November 25, 2025**, at **2:15 p.m.**

      The Clerk of Court is directed to terminate ECF No. 69 as moot.

      SO ORDERED.

Dated: November 14, 2025
      New York, New York

                                           JESSE M. FURMAN
                                          United States District Judge